UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CU VAN TRUONG,

            Petitioner,

v.

CATHERINE SHAFFER,

            Respondent.

CASE NO. C16-0418-RSM

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the remaining record, and no Objections having been filed, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's habeas petition and this action are DISMISSED without prejudice for failure to state a claim; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 2nd day of June 2016.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1